**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **No. 05-CR-4099-DEO** |
| vs. | **ORDER REGARDING REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA** |
| ROOSEVELT J. KIMBLE, | |
| Defendant. | |

### I. INTRODUCTION AND BACKGROUND

On October 12, 2005, a two Count Superseding Indictment (Docket No. 13, 10/12/2005) was returned against defendant Roosevelt J. Kimble.

Count 1 of that Superseding Indictment charges that the defendant, Roosevelt J. Kimble, on and before June 27, 2005, and on and after about August 16, 2005, in the Northern District of Iowa, having been convicted of at least one crime punishable by imprisonment for a term exceeding one year, that is: (1) a conviction for a felon in possession of a firearm, in the Iowa District Court for Woodbury County, in Case No. 44265; (2) a conviction for operating a vehicle while intoxicated, third offense, class D felony, in the Iowa District Court for Woodbury County, in Case No. OWCR050788; and (3) a conviction for theft by unlawful taking, a class IV

felony, in the Nebraska District Court for Dakota County, in Case No. 46-258, did knowingly receive and possess, in and affecting commerce, a firearm, that is: a Mossberg, 12-gauge pump shotgun, model 500AT, serial number G707091, which had been shipped and transported in interstate commerce. This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Count 2 of the Superseding Indictment (Docket No. 13) charges that the defendant, Roosevelt J. Kimble, on and before June 27, 2005, and on and after about August 16, 2005, in the Northern District of Iowa, did knowingly possess a stolen firearm, that is a Mossberg, 12-gauge pump shotgun, model 500AT, serial number G707091, which had been shipped and transported in interstate commerce, knowingly and having reasonable cause to believe the firearm was stolen. This was in violation of Title 18, United States Code Sections 922(j) and 924(a)(2).

On December 8, 2005, defendant Roosevelt J. Kimble appeared before United States Magistrate Judge Paul A. Zoss and entered a plea of guilty to Counts 1 and 2 of the Superseding Indictment. On the same date, United States

Magistrate Judge Zoss filed a Report and Recommendation (Docket No. 28, 12/08/2005) in which he recommends that defendant Roosevelt J. Kimble's guilty plea be accepted. No objections to Judge Zoss's Report and Recommendation were filed. The Court, therefore, undertakes the necessary review of Judge Zoss's recommendation to accept defendant Roosevelt J. Kimble's plea in this case.

## II.  ANALYSIS

### A.  Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1).  Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional

> evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

In this case, no objections have been filed, and it appears to the Court upon review of Judge Zoss's findings and conclusions that there are no grounds to reject or modify them. Therefore, the Court accepts Judge Zoss's Report and Recommendation (Docket No. 28), and accepts defendant's plea of guilty in this case to Counts 1 and 2 of the Superseding Indictment filed on October 12, 2005.

**IT IS SO ORDERED** this 30th day of March, 2006.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa